**DMV USA, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–1016.

United States Court of Appeals,
Federal Circuit.

June 5, 2002.

Before RADER, BRYSON, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.